IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| SUSAN LAWTON, EXECUTRIX FOR THE ESTATE OF HERBERT LAWTON AND SUSAN LAWTON, PERSONALLY,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, et. al.,<br><br>    Defendants. | CIVIL ACTION NO. MDL 875<br><br>EDPA File No.: 2:10-cv-78911 |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

    Please enter the appearance of Sarah E. O'Leary and Governo Law Firm LLC on behalf of Defendant Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc., in the above case.

                                                    Respectfully submitted,
                                                    Defendant,
                                                    Air & Liquid Systems Corporation, as
                                                    Successor by Merger to Buffalo Pumps, Inc.

                           By:    /s/ *Sarah E. O'Leary*
                                     Sarah E. O'Leary, MA Bar No. 634853
                                     GOVERNO LAW FIRM LLC
                                     Two International Place, 15th Floor
                                     Boston, MA 02110
                                     (Ph) 617-737-9045
                                     (Fax) 617-737-9046
                                     soleary@governo.com

Dated:  September 24, 2010

## **CERTIFICATION**

This is to certify that on this 24th day of September, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system, or by mail to everyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Sarah E. O'Leary*
Sarah E. O'Leary