IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL 875 |
| VARIOUS PLAINTIFFS | : : | |
| v. | : : : | Cases Transferred to MDL 875 from Aug - Nov 2010 from Various Districts |
| VARIOUS DEFENDANTS | : : : | |

FILED
DEC 20 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**O R D E R**

**STATUS AND SCHEDULING CONFERENCE**

**AND NOW**, this **16th** day of **December, 2010**, it is hereby **ORDERED** that the cases listed in Exhibit "A," attached, a status and scheduling conference will be held in the cases listed in Exhibit "A," attached, on **Tuesday, January 11th at 2:00pm** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.  Prior to the conference, counsel shall review and ascertain the status of each case.

It is further **ORDERED** that failure to appear at the hearing and/or conference shall result in the dismissal of the case.

It is further **ORDERED** that counsel for each plaintiff appearing at the conference shall be prepared to provide the following information to the court:

a.) Each defendant with whom plaintiff has achieved resolution of his or her claim.

b.) Each defendant that plaintiff now desires to dismiss from the action.

c.) Each defendant that is currently in bankruptcy with a claim pending.

d.) Each unsettled defendant not in bankruptcy ("unsettled defendants").

It is further **ORDERED** that, as to all unsettled defendants, counsel for the plaintiff and defendant in each case shall be prepared to report to the court:[1]

a.) Status of compliance with Administrative Orders no. 12, 12 as amended, and 14.

b.) Any outstanding discovery.

c.) Any discovery that is still needed and a timetable for its completion.

d.) Whether the plaintiff has obtained a medical diagnosing report or opinion upon which the plaintiff now relies for prosecuting his or her claim, if so, counsel shall provide the name and address of the physician or medical provider who has supplied the diagnosing report or opinion.

e.) Any motions pending.

f.) Readiness for trial and a proposed trial date.[2]

---

[1] A written report for submission to the court is not necessary, however, counsel must be prepared to provide this information to the court promptly when the case is called.

[2] The court will order presumptively that any outstanding discovery be completed within 90 days and that the parties be ready for trial within 120 days from the date of the

It is further **ORDERED** that, prior to the hearing, Plaintiffs' counsel may submit a letter to the court with a list of cases which may be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. The letter should include the E.D. Pa case number, the name of the plaintiff(s), and whether the case should be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. Those cases will be removed from the list, and appropriate orders will be entered.

**AND IT IS SO ORDERED**

_____
EDUARDO C. ROBRENO, J.

12-20-10
Copies mailed and emailed

---

hearing.

3

## Exhibit A

| | | | |
|---|---|---|---|
| 2:10-cv-83235 | KAREN JONES | 11/3/2010 | CA-C |
| 2:10-cv-83235 | JOHN JONES | 11/3/2010 | CA-C |
| 2:10-cv-83236 | ALLIREE REYNOLDS | 11/3/2010 | CA-N |
| 2:10-cv-83236 | LINDA REYNOLDS | 11/3/2010 | CA-N |
| 2:10-cv-83236 | JAMIE REYNOLDS | 11/3/2010 | CA-N |
| 2:10-cv-83237 | ARLENE YOUNG | 11/3/2010 | CA-N |
| 2:10-cv-83237 | CONNIE WONG | 11/3/2010 | CA-N |
| 2:10-cv-83237 | AVERY FONG | 11/3/2010 | CA-N |
| 2:10-cv-83237 | SING FONG | 11/3/2010 | CA-N |
| 2:10-cv-83238 | FINAS BELK | 11/3/2010 | CA-N |
| 2:10-cv-83239 | WILLIAM HANCOCK | 11/3/2010 | CA-N |
| 2:10-cv-83240 | JON WOLZ | 11/3/2010 | DE |
| 2:10-cv-83241 | G CONROY | 11/3/2010 | IL-N |
| 2:10-cv-83242 | DONNA EGELAND | 11/3/2010 | ME |
| 2:10-cv-83243 | LAUREL ELDERKIN-GRAHAM | 11/3/2010 | ME |
| 2:10-cv-83243 | BRUCE GRAHAM | 11/3/2010 | ME |
| 2:10-cv-83244 | BRADLEY BALLARD | 11/3/2010 | MS-S |
| 2:10-cv-83245 | SAM SANDIFER | 11/3/2010 | MS-S |
| 2:10-cv-83246 | KATHRYN KELLY | 11/3/2010 | NC-M |
| 2:10-cv-83248 | MARA ABBAY | 11/3/2010 | WA-W |
| 2:10-cv-83247 | JAMES BURKEE | 11/3/2010 | WI-E |
| 2:10-cv-80961-ER | JULIUS BOUDREAUX | 10/1/2010 | LA-E |
| 2:10-cv-80962-ER | JERRY FOSTER | 10/1/2010 | LA-E |
| 2:10-cv-80963-ER | MARTHA FORTENBERRY | 10/1/2010 | NC-W |
| 2:10-cv-80821-ER | SAMUEL MARTIN | 9/17/2010 | AZ |
| 2:10-cv-80822-ER | THERESA HINKLE | 9/17/2010 | CA-N |
| 2:10-cv-80822-ER | CARLA HINKLE | 9/17/2010 | CA-N |
| 2:10-cv-80822-ER | DEBORAH ASPLING | 9/17/2010 | CA-N |
| 2:10-cv-80822-ER | LEILANI BURGUIN | 9/17/2010 | CA-N |
| 2:10-cv-80823-ER | JOY STEVENS | 9/17/2010 | CA-N |
| 2:10-cv-80823-ER | TERRI STEVENS | 9/17/2010 | CA-N |
| 2:10-cv-80823-ER | JOHN STEVENS | 9/17/2010 | CA-N |
| 2:10-cv-80823-ER | SUSAN STEVENS | 9/17/2010 | CA-N |
| 2:10-cv-80824-ER | ELIZABETH TAYLOR | 9/17/2010 | CA-N |
| 2:10-cv-80824-ER | JAMES TAYLOR | 9/17/2010 | CA-N |
| 2:10-cv-80824-ER | NINA WEST | 9/17/2010 | CA-N |
| 2:10-cv-80826-ER | BILLY GOSS | 9/17/2010 | CA-N |
| 2:10-cv-80827-ER | LENORE WADDINGTON | 9/17/2010 | CT |
| 2:10-cv-80828-ER | WILLIAM TURNER | 9/17/2010 | CT |
| 2:10-cv-80829-ER | ALBERTA HOULIHAN | 9/17/2010 | CT |
| 2:10-cv-80830-ER | RUDOLPH BIGDA | 9/17/2010 | CT |
| 2:10-cv-80830-ER | JOYCE BIGDA | 9/17/2010 | CT |
| 2:10-cv-80831-ER | MARIO ZERBARINI | 9/17/2010 | CT |
| 2:10-cv-80831-ER | HELEN ZERBARINI | 9/17/2010 | CT |
| 2:10-cv-80832-ER | JOYCE BATCHELDER | 9/17/2010 | CT |
| 2:10-cv-80833-ER | LORING BAILEY | 9/17/2010 | CT |

| | | | |
|---|---|---|---|
| 2:10-cv-78936-ER | KRIS CHILDERS | 8/11/2010 | AL-N |
| 2:10-cv-78937-ER | SYLVIA EDEM | 8/11/2010 | CA-C |
| 2:10-cv-78937-ER | RACHELLE FELL | 8/11/2010 | CA-C |
| 2:10-cv-78937-ER | KELLY SPIKER | 8/11/2010 | CA-C |
| 2:10-cv-78937-ER | KARA FRAZIER | 8/11/2010 | CA-C |
| 2:10-cv-78937-ER | DAWN PEARCE | 8/11/2010 | CA-C |
| 2:10-cv-78901-ER | DEBRA NEUBRAND | 8/3/2010 | CA-C |
| 2:10-cv-78901-ER | KENNETH CONNER | 8/3/2010 | CA-C |
| 2:10-cv-78901-ER | MICHAEL CONNER | 8/3/2010 | CA-C |
| 2:10-cv-78901-ER | DONNA CONNER | 8/3/2010 | CA-C |
| 2:10-cv-78901-ER | PATRICK CONNER | 8/3/2010 | CA-C |
| 2:10-cv-78902-ER | ALAN BOND | 8/3/2010 | CA-N |
| 2:10-cv-78903-ER | JOHNIE PELFREY | 8/3/2010 | CA-N |
| 2:10-cv-78903-ER | JAN PELFREY | 8/3/2010 | CA-N |
| 2:10-cv-78904-ER | NED CLINE | 8/3/2010 | CA-N |
| 2:10-cv-78904-ER | JULIE CLINE | 8/3/2010 | CA-N |
| 2:10-cv-78905-ER | VALERIE ANDERSON | 8/3/2010 | CA-N |
| 2:10-cv-78905-ER | MARNI ANDERSON | 8/3/2010 | CA-N |
| 2:10-cv-78905-ER | VICTORIA ANDERSON | 8/3/2010 | CA-N |
| 2:10-cv-78905-ER | BRIAN ANDERSON | 8/3/2010 | CA-N |
| 2:10-cv-78905-ER | DARCI ANDERSON | 8/3/2010 | CA-N |
| 2:10-cv-78907-ER | LIESELOTTE ZOLDAK | 8/3/2010 | CT |
| 2:10-cv-78908-ER | TIMOTHY MOORE | 8/3/2010 | CT |
| 2:10-cv-78908-ER | HELEN MOORE | 8/3/2010 | CT |
| 2:10-cv-78909-ER | ANTHONY FERRAIUOLO | 8/3/2010 | CT |
| 2:10-cv-78909-ER | RENA FERRAIUOLO | 8/3/2010 | CT |
| 2:10-cv-78910-ER | DENNIS GAGNON | 8/3/2010 | CT |
| 2:10-cv-78911-ER | SUSAN LAWTON | 8/3/2010 | CT |
| 2:10-cv-78912-ER | JOSEPH KILLIMADE | 8/3/2010 | CT |
| 2:10-cv-78913-ER | BARBARA RUSHFORD | 8/3/2010 | CT |
| 2:10-cv-78914-ER | PAUL BODREAU | 8/3/2010 | CT |
| 2:10-cv-78915-ER | ALAN CAINE | 8/3/2010 | CT |
| 2:10-cv-78916-ER | THOMAS LUCHKA | 8/3/2010 | CT |
| 2:10-cv-78917-ER | WILLIAM DELANEY | 8/3/2010 | CT |
| 2:10-cv-78918-ER | ARTHUR BLATCHFORD | 8/3/2010 | CT |
| 2:10-cv-78919-ER | ANGELO MICELI | 8/3/2010 | CT |
| 2:10-cv-78920-ER | JULIEN VERHOEST | 8/3/2010 | CT |
| 2:10-cv-78921-ER | JOSEPH BESCOTTE | 8/3/2010 | CT |
| 2:10-cv-78922-ER | WAYNE ROACHE | 8/3/2010 | CT |
| 2:10-cv-78923-ER | ROBERT DIMOCK | 8/3/2010 | CT |
| 2:10-cv-78924-ER | EDWIN PECKHAM | 8/3/2010 | CT |
| 2:10-cv-78925-ER | JOHN FLORENCE | 8/3/2010 | CT |
| 2:10-cv-78926-ER | ABED SEMSARZADEH | 8/3/2010 | DE |
| 2:10-cv-78926-ER | HAJAR BORHANZADAH | 8/3/2010 | DE |
| 2:10-cv-78927-ER | JUDY TABOR | 8/3/2010 | LA-E |
| 2:10-cv-78928-ER | WILLIS MOORE | 8/3/2010 | ME |
| 2:10-cv-78928-ER | MARY MOORE | 8/3/2010 | ME |

| 2:10-cv-78930-ER | WILLIAM BYRUM | 8/3/2010 | NC-W |
| 2:10-cv-78930-ER | CAROLYN BYRUM | 8/3/2010 | NC-W |
| 2:10-cv-78931-ER | ARMAND DEUBER | 8/3/2010 | NJ |
| 2:10-cv-78932-ER | LINDA GROVES | 8/3/2010 | RI |

| 2:10-cv-78930-ER | WILLIAM BYRUM | 8/3/2010 | NC-W |
| 2:10-cv-78930-ER | CAROLYN BYRUM | 8/3/2010 | NC-W |
| 2:10-cv-78931-ER | ARMAND DEUBER | 8/3/2010 | NJ |
| 2:10-cv-78932-ER | LINDA GROVES | 8/3/2010 | RI |

**E-MAILED**

| | | |
|---|---|---|
| ALEX TORIBIO | HIELAM CHAN | MELICENT THOMPSON |
| ALEXIS RUDD | HILLARY HUTH | MELISSA BADGETT |
| ANDREW MURRAY | HOLLY POLGLASE | MELISSA OLSON |
| ARPI GALFAYAN | J. BRADLEY | MICHAEL BLOCK |
| BETH OLDMIXON | JAMES CUNNINGHAM | MICHAEL CASCINO |
| BRIAN CLARK | JAMES GANDY | MICHAEL DRUMKE |
| BRIAN O'MALLEY | JAMES GEMPELER | MICHAEL GILBERTI |
| BRUCE CRAIG | JAMES HOUSE | MICHAEL HAMILTON |
| BRYNA MISIURA | JAMES OSWALD | MICHAEL SIMONS |
| CAROLE BOSCH | JAMIE MAGNANI | MICHAEL THORNTON |
| CARRIE LIN | JANIKA POLK | MICHAEL ZUKOWSKI |
| CARTER LAMBETH | JASON HENDERSON | MONICA WILLIAMS |
| CHARLES FORER | JASON RUBIN | NAIRI PATERSON |
| CHARLES JENKINS | JEFFREY EDWARDS | NICOLE YUEN |
| CHARLES SHELDON | JEFFREY MARLIN | NJOKI WILLIAMS |
| CHARLES SPRINKLE | JEFFREY THAYER | PAUL HANLEY |
| CHRISTINE HUNTOON | JENNIFER HATCH | PAUL WHITE |
| CHRISTINE KENNEDY-JE | JENNIFER TECHMAN | PAULA RASMUSSEN |
| CHRISTOPHER KEALE | JEREMY HUIE | PETER HOEFS |
| CHRISTOPHER LYNCH | JOEL PIERCE | PETER LANGBORD |
| CHRISTOPHER MEISENKOTH | JOHN FONSTAD | PETER SANTOS |
| CLARE RUSH | JOHN GEIDA | R. PROFFITT |
| CONSTANCE FRAENKEL | JOHN GIVENS | RANDOLPH TOTTEN |
| COREY HINSHAW | JOHN JACKSON | RICHARD BRODY |
| CORINNE ORQUIOLA | JOHN LAFFEY | RICHARD DIGHELLO |
| CY GOLDBERG | JOHN MCCONNELL | RICHARD GRANT |
| DAN LABELLE | JOHN MCMEEKIN | ROBERT BYSTROWSKI |
| DANIEL KELLY | JOHN ROVEN | ROBERT MCCONNELL |
| DANIEL O'SHEA | JON HADDOW | ROBERT WILKINSON |
| DAVID DONADIO | JONATHAN TABASKY | ROGER HEIDENREIC |
| DAVID GOLDMAN | JOSEPH BALADI | RONALD LOPEZ |
| DAVID LEVY | JOSHUA AUXIER | ROSS PETTY |
| DAVID MCCONNELL | JOSHUA BENNETT | SARAH BOWMAN |
| DEBORAH KUCHLER | JULIA GOWIN | SARAH O'LEARY |
| DEBORAH ROSENTHAL | KATHERINE GARDINER | SETH CURTIS |
| DEMIAM STEELE | KEITH COLTRAIN | STEPHANIE ROBERTS |
| DIANE GORCZYCA | KEITH PATTERSON | STEPHEN FISHBACK |
| DONALD MIGLIORI | KEVIN JAMISON | STEPHEN WILLIAMSON |
| EDWARD LOW | KEVIN MCCAFFREY | STEVEN WRIGHT |
| EDWARD SLAUGHTER | KIM ZELDIN | SUSANNE ARANI |
| EDWARD STORCK | KIMBERLY GRABARZ | TERESA LAZZARONI |
| ELIZABETH HUYNH | KYLE MANSFIELD | THEODORE KIRCHNER |
| ELIZABETH STOUDER | LINDSAY PEED | THOMAS CLARK |
| ERIC ORSECK | LONNA CARTER | THOMAS MAXWELL |
| ERICA CLINE | LOUIS LANOUX | THOMAS MOSES |
| ERIK DIMARCO | LUIZA MANUELIAN | TIMOTHY BOUCH |
| ERIN GOLEMBIEWS | MAJA EATON | TIMOTHY PECK |
| FRANCIS BRENNAN | MARK DENEHY | TIMOTHY PORTER |
| FRANCIS LYNCH | MARK DUNLAP | TODD HOLBROOK |
| FRANK SWARR | MARK KILLE | TRACY TOMLIN |
| GAVIN WHITIS | MARK THOMAS | VINCENT GREENE |
| GEOFFREY SQUITIERO | MARK WALL | W. REBER |
| GEORGE YARON | MARY BACK | WHITNEY DAVIS |
| HATCHER KINCHELOE | MARY YOOST | WILLIAM GRAHAM |
| HEATHER NEUBAUER | MATTHEW DONELSON | WILLIAM KUZMIN |
| HECTOR SANDOVAL | MATTHEW DOWD | WILLIAM MURRAY |
| HEIDI BEAN | MATTHEW FISCHER | ZACHARY MCBRIDE |
| HENRY ROME | MATTHEW ZAMALOFF | |

**MAIILED:**

| | | |
|---|---|---|
| ADAM MARTIN | IAN BIFFERATO | MEYER GERTLER |
| AFRICA DAVIDSON | IVOR SAMSON | MICHAEL GRANT |
| ALAN BRAYTON | JASON IRVIN | MICHAEL MCCALL |
| BRADLEY SCHWER | JEFFREY WOOD | MICHAEL SENSOR |
| BRIAN KENNEY | JENNIFER BARTLETT | MICKEY LANDRY |
| CARA CERASO | JENNIFER JUDIN | MONIQUE WEINER |
| CHARLES WILBANKS | JESSE JAMES BLYTH | PAUL BOOTS |
| CHARLOTTE LIVINGSTON | JILL TRAHAN | REED SLATAS |
| COURTNEY STABNICK | JILLIAN KEITH | ROBERT GREEN |
| DANIEL KELLER | JOANNE HAWKINS | ROBERT IRELAND |
| DARREN PARR | JONATHAN ORENT | ROBERT SMITH |
| DAVID BARTEL | JONIQUE HALL | RODNEY VINCENT |
| DAVID CANNELLA | JOSEPH CIRILANO | RONALD EDDINS |
| DAVID SCOUTON | KATHARINE PERRY | S. MICHALEC |
| DEAN HANLEY | KEITH DUNLAP | SARAH IIAMS |
| DEREK JOHNSON | KHALAF KHALAF | SARAH PAGELS |
| EDWARD KENNEY | KIP ADAMS | SHARON NEIBERG |
| ELIZABETH MURRAY | KRISTINA LEMANSKI | THERESA BECHER |
| ELLEN ASPELL | KURT PUTNAM | THOMAS GONZALES |
| FRANCIS POND | LAWRENCE ABBOTT | THOMAS SCULLY |
| GEORGE BLOSS | LILLIAN MA | THOMAS WAXTER |
| H. COWAN | LOIS FRANKFORTE | TYSON GAMBLE |
| HALLIE ALBERT | MARGARET BRENNER | WILLIAM HAKE |
| HENRY LAIRD | MARY KUHLMANN | WILLIAM KUZMIN |
| | MEGAN MANTZAVINO | WILLIAM THORPE |