IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

CIVIL ACTION NO. MDL 875

VARIOUS PLAINTIFFS

Cases Transferred from the
Listed in Exhibit "A"

v.

VARIOUS DEFENDANTS

FILED
JAN 21 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR PRETRIAL DISCOVERY, SETTLEMENT CONFERENCE, AND TRIAL PREPARATION

The Court, in accordance with the Court's policies outlined in Administrative Orders No. 3 & 12, has identified the case(s) listed in Exhibit "A", attached as being appropriate for referral to the Honorable Magistrate Judge David R. Strawbridge to conduct pretrial procedures, supervision of discovery, settlement conferences, and preparation for trial. The Magistrate Judge may enter such orders as may be necessary to facilitate these tasks.

All parties remaining in the case(s) shall take the following actions:

1.) Each Plaintiff ("Plaintiff") whose action has been referred to a Magistrate Judge shall, within fourteen (14) days of this date, advise the Magistrate Judge as to all remaining Viable Defendants ("Viable Defendants") (any Defendant not in bankruptcy proceedings or previously dismissed) in each case, together with the name, address, and telephone number of counsel. Plaintiff shall immediately forward to each Viable Defendant a copy of this referral order together with a list of cases in which that Viable Defendant is a named party. A Certificate of Notification certifying delivery of this Order and the notification to each Viable Defendant shall be forwarded to the Magistrate Judge. In addition, Plaintiff shall provide to each Viable Defendant a copy of Plaintiff's most current medical report relied upon and a synopsis of the exposure evidence against that Viable Defendant. Plaintiff is directed to make a reasonable demand upon each Viable Defendant, and the parties must attempt in good faith to negotiate settlement of the case(s) prior to any settlement conference before the Magistrate Judge.

In furtherance thereof, the parties shall promptly exchange information and complete such discovery as is necessary to be in a posture to negotiate settlement. If the action remains unsettled, Plaintiffs and all Viable Defendants <u>shall appear at all conferences with necessary authority to settle the case(s) with their principals present or immediately available to them by telephone</u>. The Magistrate Judge may require the principals to be present, to continue the conference for additional days, or to postpone the conference with or without costs assessed.

All unresolved discovery issues shall be brought to the attention of the Magistrate Judge within twenty (20) days of the date of this order, or immediately as any such issue may arise in the future.

All parties shall comply with the requirements of Section 9, Administrative Order No. 12. Plaintiff MUST have made his/her submissions in accordance with Administrative Order No. 12. A copy of each party's position paper relating to any scheduled settlement conference shall be received by the Magistrate Judge no later than three (3) days prior to the conference.

Inquiries relating to these cases and all matters scheduled hereunder may be directed to the Chambers of the Honorable Magistrate Judge David R. Strawbridge at (215)-597-0048.

**<u>THE MAGISTRATE JUDGE MAY IMPOSE SANCTIONS AND/OR COSTS AGAINST ANY PARTY NOT IN COMPLIANCE WITH THIS NOTICE AND THE ORDERS SPECIFICALLY INCORPORATED BY REFERENCE AND ANY ORDERS ISSUED IN FURTHERANCE HEREOF.</u>**

Accordingly, it is **ORDERED** that the Court refers the actions pending in MDL 875 identified in Exhibit "A", attached, to the Honorable Magistrate Judge David R. Strawbridge for proceedings in accordance with this Order.

It is further **ORDERED** that a final pre-remand conference and summary judgment hearing will take place in the cases listed in Exhibit "A" on or about **Tuesday, November 22, 2011**. An order scheduling the hearing will be docketed prior to the hearing date.

Date: January 19th, 2011

BY THE COURT: _____ J.
Eduardo C. Robreno

Exhibit A

| Case Number | Name | Date | Court |
|---|---|---|---|
| 2:10-cv-80828-ER | WILLIAM TURNER | 9/17/2010 | CT |
| 2:10-cv-80829-ER | ALBERTA HOULIHAN | 9/17/2010 | CT |
| 2:10-cv-80833-ER | LORING BAILEY | 9/17/2010 | CT |
| 2:10-cv-78908-ER | TIMOTHY MOORE | 8/3/2010 | CT |
| 2:10-cv-78908-ER | HELEN MOORE | 8/3/2010 | CT |
| 2:10-cv-78910-ER | DENNIS GAGNON | 8/3/2010 | CT |
| 2:10-cv-78911-ER | SUSAN LAWTON | 8/3/2010 | CT |
| 2:10-cv-78912-ER | JOSEPH KILLIMADE | 8/3/2010 | CT |
| 2:10-cv-78913-ER | BARBARA RUSHFORD | 8/3/2010 | CT |
| 2:10-cv-78914-ER | PAUL BODREAU | 8/3/2010 | CT |
| 2:10-cv-78915-ER | ALAN CAINE | 8/3/2010 | CT |
| 2:10-cv-78916-ER | THOMAS LUCHKA | 8/3/2010 | CT |
| 2:10-cv-78917-ER | WILLIAM DELANEY | 8/3/2010 | CT |
| 2:10-cv-78918-ER | ARTHUR BLATCHFORD | 8/3/2010 | CT |
| 2:10-cv-78919-ER | ANGELO MICELI | 8/3/2010 | CT |
| 2:10-cv-78920-ER | JULIEN VERHOEST | 8/3/2010 | CT |
| 2:10-cv-78921-ER | JOSEPH BESCOTTE | 8/3/2010 | CT |
| 2:10-cv-78922-ER | WAYNE ROACHE | 8/3/2010 | CT |
| 2:10-cv-78923-ER | ROBERT DIMOCK | 8/3/2010 | CT |
| 2:10-cv-78924-ER | EDWIN PECKHAM | 8/3/2010 | CT |
| 2:10-cv-78925-ER | JOHN FLORENCE | 8/3/2010 | CT |

| Case Number | Name | Date | Court |
|---|---|---|---|
| 2:10-cv-80830-ER | RUDOLPH BIGDA | 9/17/2010 | CT |
| 2:10-cv-80830-ER | JOYCE BIGDA | 9/17/2010 | CT |
| 2:10-cv-80831-ER | MARIO ZERBARINI | 9/17/2010 | CT |
| 2:10-cv-80831-ER | HELEN ZERBARINI | 9/17/2010 | CT |
| 2:10-cv-80832-ER | JOYCE BATCHELDER | 9/17/2010 | CT |
| 2:10-cv-78907-ER | LIESELOTTE ZOLDAK | 8/3/2010 | CT |
| 2:10-cv-78909-ER | ANTHONY FERRAIUOLO | 8/3/2010 | CT |

**MAILED:**
- ADAM MARTIN
- BRIAN KENNEY
- CARA CERASO
- COURTNEY STABNICK
- ELIZABETH MURRAY
- ELLEN ASPELL
- KATHARINE PERRY
- LOIS FRANKFORTE
- MICHAEL GRANT
- REED SLATAS
- SHARON NEIBERG

**E-MAILED:**
- ALEX TORIBIO
- BETH OLDMIXON
- BRYNA MISIURA
- CARLO BONAVITA
- CHRISTOPHER LYNCH
- CHRISTOPHER MEISENKOTH
- DAN LABELLE
- EDWARD STORCK
- ERIK DIMARCO
- ERIN GOLEMBIEWS
- GEOFFREY SQUITIERO
- HOLLY POLGLASE
- JAMES OSWALD
- JAMIE MAGNANI
- JASON HENDERSON
- JENNIFER HATCH
- JOHN GEIDA
- JONATHAN TABASKY
- JOSHUA AUXIER
- KEVIN MCCAFFREY
- KIMBERLY GRABARZ
- LONNA CARTER
- MATTHEW ZAMALOFF
- MELICENT THOMPSON
- MELISSA OLSON
- MICHAEL SIMONS
- MICHAEL ZUKOWSKI
- NJOKI WILLIAMS
- RICHARD DIGHELLO
- ROBERT BYSTROWSKI
- ROBERT WILKINSON
- SARAH O'LEARY
- THOMAS CLARK
- THOMAS MAXWELL
- WILLIAM MURRAY
- ZACHARY MCBRIDE